UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| CURTIS TYRONE YOUNG, | : | |
| also known as Kirk, | : | VIOLATIONS: |
| also known as Curt, and | : | |
| MONIQUE RENEE BRANHAM, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| also known as Mo, | : | (Unlawful Distribution of 50 Grams or More |
| Defendants. | : | of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Distribution of Heroin); and |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

<u>COUNT ONE</u>

On or about January 18, 2006, within the District of Columbia, **CURTIS TYRONE YOUNG, also known as Kirk, also known as Curt**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about November 15, 2006, within the District of Columbia, **CURTIS TYRONE YOUNG, also known as Kirk, also known as Curt,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

> (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about February 5, 2007, within the District of Columbia, **CURTIS TYRONE YOUNG, also known as Kirk, also known as Curt and MONIQUE RENEE BRANHAM, also known as Mo**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.