# WARRANT FOR ARREST

Fid # 1448325

AO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-024  MAGIS. NO: #2 |
| v. <br> MONIQUE RENEE BRANHAM <br> also known as Mo | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Monique Renee Branham |
| DOB:       PDID: | **FILED** <br> APR - 4 2008 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

SEALED

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE
UNLAWFUL DISTRIBUTION OF HEROIN
AIDING AND ABETTING

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE KAY | DATE ISSUED: <br> 2/12/08 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> 2/12/08 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2/12/08 | NAME AND TITLE OF ARRESTING OFFICER Reporting | SIGNATURE OF ARRESTING OFFICER Reporting |
|---|---|---|
| DATE EXECUTED 4/4/08 | Fitzgerald, Derrick DUSM D/DC | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |