UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Criminal No: 08-24-01(ESH)

CURTIS TYRONE YOUNG,

Defendant.

## MOTION REQUESTING THIS COURT ORDER THAT THE DEFENDANT BE MOVED BACK TO DC JAIL

Comes now the defendant, Curtis T. Young, by and though his counsel, Gene R. Johnson, respectfully moves this Honorable Court to Order that the defendant be moved from CTF back to the DC Jail for reasons stated herein.

1. That on Thursday, June 17, 2008, the defendant was moved to CTF.

2. That he has been on lock down since he was moved.

3. That due to physical and safety concerns it is presently requested that the defendant be moved back to the general population at the jail inkeeping with the concerns previously stated.

4. That the United States does not oppose this Motion.

Therefore, it is respectfully requested that the defendant be Ordered by this Court to return to the general population of the DC Jail.

Respectfully submitted,

*Gene R. Johnson*
Gene R. Johnson #932907
640 Orleans Place, NE
Washington, DC 20002
(202) 543-10ll

Dated: 6/26/08